IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTINE ANN OLSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 11-cv-72-MJR-PMF |
| | ) |
| **FBI AGENT JAMES EDWARDS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

**REAGAN, District Judge:**

Defendant Illinois Bureau of Identification is before the Court seeking leave to file an amended motion to dismiss (Doc. 56). Defendant desires to amend typographical errors and add an additional, unspecified defense. Defendant cites Federal Rule of Civil Procedure 15(a)(1)(B), which provides that a party may freely amend its pleading, or a motion filed pursuant to Rule 12(b), within 21 days after serving the pleading or motion. Plaintiff Olson has not objected or otherwise responded to defendant's motion to amend.

Defendant Illinois Bureau of Identification's Rule 12(b) motion to dismiss (Doc. 47) was filed and served upon Plaintiff on May 25, 2012. Defendant's motion for leave to amend (Doc. 56) was filed on June 12, 2012, and is therefore timely for purposes of Rule 15(a)(1)(B). The motion (Doc. 56) is therefore **GRANTED**. Defendant shall file its amended motion to dismiss on or before **September 3, 2012** (which is one week after the deadline set for Plaintiff to perfect service).

Upon the filing of an amended motion to dismiss, the Clerk of Court shall

terminate Defendant Illinois Bureau of Identification's motion to dismiss (Doc. 47) and Plaintiff Olson's motion to strike Defendant's motion to dismiss (Doc. 48), as those two motions will be rendered moot.

**IT IS SO ORDERED.**

**DATED: July 12, 2012**

s/ *Michael J. Reagan*
**MICHAEL J. REAGAN**
**UNITED STATES DISTRICT JUDGE**